982 A.2d 966

IN THE MATTER OF STEVEN H. GRIFFITHS, AN ATTORNEY AT LAW.

November 4, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–104, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(E), **STEVEN H. GRIFFITHS** of **WAYNE, PENNSYLVANIA,** who was admitted to the bar of this State in 1996, should be censured based on discipline imposed in the Commonwealth of Pennsylvania for conduct that in New Jersey violates *RPC* 1.16(a) (failure to decline or terminate representation), *RPC* 3.3(a)(1) (knowingly making a false statement of material fact or law to a tribunal), *RPC* 4.1(a) (knowingly making a false statement of material fact or law to a third person), *RPC* 5.5(a) (practicing law while ineligible to do so), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **STEVEN H. GRIFFITHS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

432 

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.

It is ORDERED that **ROBERT P. WEINBERG** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.